Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

# UNITED STATES DISTRICT COURT
for the

_Southern_ District of _Texas_

_Houston_ Division

United States Courts
Southern District of Texas
F I L E D

**AUG 2 3 2019**

David J. Bradley, Clerk of Court

Sarah Gutierrez

_____

_Plaintiff(s)_
_(Write the full name of each plaintiff who is filing this complaint._
_If the names of all the plaintiffs cannot fit in the space above,_
_please write "see attached" in the space and attach an additional_
_page with the full list of names.)_

-v-

Merit Medical Systems

_____

_Defendant(s)_
_(Write the full name of each defendant who is being sued.  If the_
_names of all the defendants cannot fit in the space above, please_
_write "see attached" in the space and attach an additional page_
_with the full list of names.)_

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. _____
         _(to be filled in by the Clerk's Office)_

Jury Trial:  _(check one)_  ☐ Yes  ☑ No

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

### I.    The Parties to This Complaint

**A.    The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Sarah Gutierrez |
| Street Address | 703 Gober |
| City and County | Houston, Harris |
| State and Zip Code | Texas 77017 |
| Telephone Number | 3467750449* |
| E-mail Address | gutierrezsarah24@yahoo.com |

**B.    The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title _(if known)_.  Attach additional pages if needed.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

Defendant No. 1

| | |
|---|---|
| Name | Brent Mcdonald |
| Job or Title *(if known)* | commercial staff attorney |
| Street Address | 1600 West Merit Parkway |
| City and County | South Jordan |
| State and Zip Code | UT 84095 |
| Telephone Number | (801) 316-4830 |
| E-mail Address *(if known)* | bmcdonald@merit.com |

Defendant No. 2

| | |
|---|---|
| Name | Louisa Bott |
| Job or Title *(if known)* | Vice president |
| Street Address | 1600 West Merit Parkway |
| City and County | South Jordan |
| State and Zip Code | UT 84095 |
| Telephone Number | (801) 253-1600 |
| E-mail Address *(if known)* | ibott@merit.com |

Defendant No. 3

| | |
|---|---|
| Name | Adam Veres |
| Job or Title *(if known)* | manager |
| Street Address | 14646 Kirby DR. |
| City and County | Houston, Harris |
| State and Zip Code | Texas 77047 |
| Telephone Number | (832) 463-5100 |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | Allen Hanzel |
| Job or Title *(if known)* | supervisor |
| Street Address | 14646 Kirby DR. |
| City and County | Houston, Harris |
| State and Zip Code | Texas 77047 |
| Telephone Number | (832) 463-5100 |
| E-mail Address *(if known)* | |

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

## C.    Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | Merit Medical Systems |
| Street Address | 14646 Kirby DR. |
| City and County | Houston, Harris |
| State and Zip Code | Texas 77047 |
| Telephone Number | (832) 463-5100 |

## II.    Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☐    Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☑    Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐    Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐    Other federal law *(specify the federal law)*:

☐    Relevant state law *(specify, if known)*:

☐    Relevant city or county law *(specify, if known)*:

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

☐ Failure to hire me.

☑ Termination of my employment.

☑ Failure to promote me.

☐ Failure to accommodate my disability.

☑ Unequal terms and conditions of my employment.

☑ Retaliation.

☐ Other acts *(specify)*: _____

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.    It is my best recollection that the alleged discriminatory acts occurred on date(s)

11/9/2017

C.    I believe that defendant(s) *(check one)*:

☐ is/are still committing these acts against me.

☑ is/are not still committing these acts against me.

D.    Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

| | | |
|---|---|---|
| ☑ | race | Hispanic |
| ☑ | color | Brown |
| ☑ | gender/sex | Female |
| ☑ | religion | Christian |
| ☑ | national origin | Latin American |
| ☑ | age *(year of birth)* | 45    *(only when asserting a claim of age discrimination.)* |
| ☐ | disability or perceived disability *(specify disability)* | |

E.    The facts of my case are as follows. Attach additional pages if needed.

U. S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
HOUSTON DISTRICT OFFICE
Mickey Leland Federal Building
1919 Smith Street, 7th Floor
Houston, TX  77002-8049

OFFICIAL BUSINESS
Penalty for Private Use $300



U.S. POSTAGE >> PITNEY BOWES

ZIP 77002   $ 000.50⁰
02 4W
0000361650 MAY  16  2019

7740232846 BC35

*Date Received from Po Box Was May 23, 2019*

EEOC Form 161 (11/16)

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Sarah Gutierrez<br>P.O. Box 2846<br>Bellaire, TX 77402 | From: | Houston District Office<br>Mickey Leland Building<br>1919 Smith Street, 7th Floor<br>Houston, TX 77002 |
|---|---|---|---|

☐ On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 460-2018-02544 | Michael Lightner,<br>Investigator | (713) 651-4989 |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒ The EEOC issues the following determination:  Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes.  This does not certify that the respondent is in compliance with the statutes.  No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost.  (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment.  This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

Rayford O. Irvin,
District Director

MAY 15 2019
(Date Mailed)

Enclosures(s)

cc:
Brent McDonald
Commerial Staff Attorney
MERITR MEDICAL SYSTEMS
1600 W Merit Pkway
South Jordan, UT 84095

TWC - Civil Rights Division
101 East 15th Street
Room 144T
Austin, TX 78778

Enclosure with EEOC
Form 161 (11/16)

**INFORMATION RELATED TO FILING SUIT
UNDER THE LAWS ENFORCED BY THE EEOC**

*(This information relates to filing suit in Federal or State court under Federal law.
If you also plan to sue claiming violations of State law, please be aware that time limits and other
provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS    --    Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA),
the Genetic Information Nondiscrimination Act (GINA), or the Age
Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days of the date you *receive* this Notice**. Therefore, you should **keep a record of this date.** Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope, and tell him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was *mailed* to you** (as indicated where the Notice is signed) or the date of the postmark, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Courts often require that a copy of your charge must be attached to the complaint you file in court. If so, you should remove your birth date from the charge. Some courts will not accept your complaint where the charge includes a date of birth. Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

**PRIVATE SUIT RIGHTS    --    Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than 2 years (3 years) before you file suit** may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit before 7/1/10 – *not* 12/1/10 -- in order to recover unpaid wages due for July 2008. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice **and** within the 2- or 3-year EPA back pay recovery period.

**ATTORNEY REPRESENTATION    --    Title VII, the ADA or GINA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do **not** relieve you of the requirement to bring suit within 90 days.

**ATTORNEY REFERRAL AND EEOC ASSISTANCE    --    All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge file, **please make your review request within 6 months of this Notice.** (Before filing suit, any request should be made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*

04/04/2018  15:2●  (FAX)

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA  ☒ EEOC | 460-2018-02544 |

| Texas Workforce Commission Civil Rights Division | and EEOC |
|---|---|
| *State or local Agency, if any* | |

| Name (Indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Ms. Sarah Gutierrez | (346) 775-0449 | |

| Street Address | City, State and ZIP Code |
|---|---|
| 6555 Maple Ridge #21m, Houston, TX 77081 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (*If more than two, list under PARTICULARS below.*)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| MERIT MEDICAL SYSTEMS | 500 or More | (801) 253-1600 |

| Street Address | City, State and ZIP Code |
|---|---|
| 14646 Kirby Dr, Houston, TX 77047 | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

☒ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☒ NATIONAL ORIGIN
☒ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest  10-01-2017    Latest  03-21-2018
☐ CONTINUING ACTION

THE PARTICULARS ARE (*If additional paper is needed, attach extra sheet(s)*):

I have been employed by the above employer since 8/3/2016 and currently still employed. My job title is Production Worker. (Formerly Printer).

I have been subjected to disparate treatment, discrimination and retaliation due to my race and national origin (Mexican). On or about 10/2017, Ms. Bott from the corporate office came to talk to me about the discrimination filed by some black employees and Hispanic employees. I helped those employees with their discrimination filing. Since then, I have been subjected to write up's as a retaliation by management, including Hope Longdon (White) and Joshua Moore (White). I was set up for failure with my work performance so they can write me up and fire me.

I believe that I have been discriminated and retaliated against, due to my race and my national origin (Mexican), in violation of Title VII of the Civil Rights Act of 1964, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.  SIGNATURE OF COMPLAINANT |
| 4/4 /18   *Date*   Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |

1. My age is 45, Hispanic, female
2. Printer and continued in production due to retaliation of write ups.
3. 11.50 an hour
4. August 3. 2016 I began working at Merit Medical
5. I was not placed on an improvement plan due to the company not buying good equipment for the printers 2/2018. I was placed in production a table so the cameras could watch me and could not move from the location. Then placed in packaging to full an order and found that all rejected orders have to undergo quality control in order to avoid the write-ups. The quality control personnel management passed rejected medical projects and blame employees on work ethics in order to make her position look good. 11/9/2017
6. I filed a complaint to the HR in order to help Latin and Black American woman who were demoted with pay cuts. An all white male staff was hired in order to replace the Latin American woman. I filed the report, which was investigated on; however nothing was done about the ongoing issues and was retaliated against due to having obtained a degree in Administration of Justice. I was pointed out by one of the leads who were undergoing medication at the time. 8/5/2017
7. I filed my first complaint for wage claim 03/06/2018 and rebuttal notice 3/27/2018. I filed four appeals and the case was never followed through by the hearing office. Then I filed with the EEOC Equal Employment Opportunity 3/05/2018.
8. Yes I received the right to sue letter
9. I received the right to sue letter May 23, 2019

    About the company
10. The company is Merit Medical
11. It employs well over two hundred

    Termination and suspension
12. Yes I was terminated on July 20, 2018 without written warning letter. On July 18, 2018 I was called in the office by Allen the supervisor and HR Hope Langdon was in the office with Adam Veres. They indicated mandatory Friday I had to come into work without overtime pay By Hope Langdon. On Monday of that week I had a court hearing 7/16/2018 which was considered a vacation pay day due to us working before the July 4, 2015 on the July 5, 2018 the company was closed. July 9, 2018 my father passed away and took breverance time off work, which was three days off.  HR Hope Landgon On July 8, 2018 new since it was a vacation paid holiday none of the employees would have to show up for Friday since the overtime was not being paid. Other employees got paid for the Vacation holiday: however Allen was informed by me and in front of all other staff management that I would have to be paid overtime for that Friday. I would not show because the company had to pay me for the vacation holiday given by the company. Allen was aware of me not coming in along with the other HR Hope and Adam Veres that July 18, 2019. The twc pre recorded another HR Mrs. Rene and she indicated to the twc that overtime would have to be paid for that Friday. I applied four appeal and each testimony was different

and requested a subpoena for Mrs. Bott, Brent, Mcdonald , Fred lampropolouse and Adam Veres. I was never paid my unemployment which was 8,000.00.

Severance package
I never applied to a package due to being underpaid with a degree and being a latin American woman.

Discrimination
I was discriminated based on my age of 45 having an educational background and being of the ethnic of female Latin American. I was retaliated against me not getting a promotional raise when all the staff management were selected as all white male gender to manage the company. I was discriminated due to being in the class of Latin American woman and writing an article for Latin and Black American woman being demoted with pay cuts to the whistleblowers act. To Merit Medical. The discrimination escalated to me being embarrassed and humiliated by a lead coordinator on medication. Merit Medical management staff was well aware of her medical impairment and used the lead to follow the humiliation of screaming at me in front of employees as write-ups. The HR Hope Langdon and Adam Veres had to find a way to retaliate against me due to the company undergoing investigation with the Whistle blowers act. Equal Employment , and Texas workforce Commision.

Disability
I do not have any type of disability.

Workmen's compensation
I did not take FMLA due to the issues occurring all at once.

Other matters
I was never given a fair trial and hearing with the TWC and the EEO Mr. Lightener never read through the documents thoroughly nor did he speak to the person representing the company. Brent Mcdonald signed under oath false documentation stating I was paid; however I sent proof of time cards to show and check stubs to show as proof I was not paid as the company stated.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

1. My age is 45, Hispanic, female
2. Printer and continued in production due to retaliation of write ups.
3. 11.50 an hour
4. August 3. 2016 I began working at Merit Medical
5. I was not placed on an improvement plan due to the company not buying good equipment for the printers 2/2018. I was placed in production a table so the cameras could watch me and could not move from the location. Then placed in packaging to full an order and found that all rejected orders have to undergo quality control in order to avoid the write-ups. The quality control personnel management

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV.    Exhaustion of Federal Administrative Remedies

A.    It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

03/05/2018

B.    The Equal Employment Opportunity Commission *(check one)*:

☐    has not issued a Notice of Right to Sue letter.

☑    issued a Notice of Right to Sue letter, which I received on *(date)*    05/23/2019    .

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.    Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐    60 days or more have elapsed.
☐    less than 60 days have elapsed.

## V.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

**TEXAS WORKFORCE COMMISSION**
**WAGE CLAIM INFORMATION**
**TEXAS PAYDAY LAW**

V. Relief

Este formulario está disponible en español.

**IMPORTANT! YOUR CLAIM MUST BE SIGNED AND DECLARED AS TRUE UNDER PENALTY OF PERJURY.**
**You Must Fill Out the Form Completely.**
**Information You Should Consider Before Filing a Wage Claim**

If you feel your rights under the Payday Law have been violated, you may file a written wage claim. You should know that a wage claim cannot be accepted if:

- Your wage claim is not filled out completely, legibly, and accurately. The claim should identify each type of unpaid wage claimed, and how you determined the amount due to you. If there is insufficient information on the wage claim to contact the employer, your claim will be returned or dismissed.
- Your wage claim is without your signature and a completed declaration that the information is true, under penalty of perjury.
- You're an "independent contractor" and not an "employee" of the business.
    *(if you are unsure, file a claim and we will determine if you were an independent contractor or an employee)*
- You were employed by a close relative (such as: mother, grandfather, or father-in-law).
    *(if you are unsure, file a claim and we will investigate the circumstances)*
- Your employer filed for bankruptcy.
    *(if you are unsure, file a claim but you may also need to file proof of claim directly with the Bankruptcy Court)*
- You were employed by the federal government, the state, or a political subdivision of the state.
- Your wages are subject to a binding arbitration or collective bargaining agreement or contract.
    *(if you are unsure, file a claim and include the agreement or contract and we will investigate the circumstances)*

    Your wage claim is filed later than the 180th day after the date the unpaid wages were due to be paid.
    *(if you are unsure, file a claim and include the agreement or contract and we will investigate the circumstances)*
- Your wage claim is for subsequent pay periods. You can amend this claim prior to a preliminary wage determination order. Do not file another wage claim.
- You file against more than one employer on one claim form for a different pay period.
- Your wage claim is not for wages but for expenses, reimbursements or automobile allowances.

**MAIL YOUR COMPLETED WAGE CLAIM TO:**        **OR**        **FAX YOUR COMPLETED WAGE CLAIM TO:**
Texas Workforce Commission, Labor Law Section                    512-475-3025
101 East 15th Street, Room 514
Austin, TX 78778-0001

Call 800-832-9243, 512-475-2670, or TDD 800-735-2989 (hearing impaired) if you need assistance.

Wage problems can often be cleared up by discussing them with your employer. For additional information visit our web site at http://www.twc.state.tx.us/jobseekers/how-submit-wage-claim-under-texas-payday-law. Before filing a claim for unpaid wages, you may want to advise your employer that the Texas Payday Law, Title 2, Chapter 61, Texas Labor Code provides that:

1. Your employer must pay you at least once a month if you are not subject to the overtime provisions of the Fair Labor Standards Act. All others must be paid at least semimonthly.
2. If you are absent on payday, you are entitled to be paid at your request on a regular business day.
3. If you leave your work for a reason other than by discharge, you must be paid in full not later than the next regularly scheduled payday.
4. If discharged, you must be paid in full not later than the sixth day after termination.
5. Bonuses or wages paid on a commission basis are due in a timely manner, according to the terms of agreement entered into between employee and employer.
6. You may be entitled to unpaid wages for unused "fringe benefits" (vacation, holiday, sick leave, parental leave, or severance pay), only if your employer provides for these benefits in a written policy or agreement.
7. Your wages may be withheld only if the employer:
    a. Is ordered to do so by a court;
    b. Is authorized by state or federal law (e.g. payroll taxes); or
    c. Has your written authorization to make the deductions.

**TITLE 2, CHAPTER 61, TEXAS LABOR CODE, PROVIDES THAT A PENALTY**
**MAY BE ASSESSED FOR WAGE CLAIMS BROUGHT IN BAD FAITH.**

LL-1 (1117)   Inv. No.621750

Wage Claim Form Attachment

Question #14 Hours Worked Per Week Breakdown

Instructions:
Enter the date of the starting day of the first workweek
Enter the start time for the first day on the time card
- o Enter the starting hour in the Hour column
- o Enter the minutes in the Min column
- o Enter AM or PM in the AM/PM column

Example: If you started working at 8:30am enter;

Hour   Min   AM/PM      8      30      AM

Enter the stop time for any break or lunch period in the Stop Time section; following the example above
Enter the start time when returning to work from any break or lunch period in the Start Time 2 section
Enter the ending time in the Quit Time section
Enter the total number of hours worked for the date
Enter the total number of hours worked for the entire workweek

| Week 1 | Start Time | | | Stop Time | | | Start Time 2 | | | Quit Time | | | Hours Worked |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MM/DD/YY | Hour | Min | AM/PM | Hour | Min | AM/PM | Hour | Min | AM/PM | Hour | Min | AM/PM | |
| Ex: 12/01/16 | 8 | 00 | AM | 12 | 00 | PM | 1 | 00 | PM | 5 | 00 | PM | 8 |
| Beg 12/11/2015 | 5 | 00 | am | 11 | 00 | am | 11 | 30 | am | 3 | 30 | pm | 10 |
| | 5 | 00 | am | 11 | 00 | am | 11 | 30 | am | 3 | 30 | pm | 10 |
| | 5 | 00 | am | 11 | 00 | am | 11 | 30 | am | 3 | 30 | pm | 10 |
| | 5 | 00 | am | 11 | 00 | am | 11 | 30 | am | 3 | 30 | pm | 10 |
| | 5 | 00 | am | | | | | | | | | | |
| | 5 | 00 | am | | | | | | | 1 | | | |
| | | | | | | | | | | Total weekly Hours | | | 40 |

| Week 2 | Start Time | | | Stop Time | | | Start Time 2 | | | Quit Time | | | Hours Worked |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MM/DD/YY | Hour | Min | AM/PM | Hour | Min | AM/PM | Hour | Min | AM/PM | Hour | Min | AM/PM | |
| Beg 12/19/17 | 5 | 00 | am | 11 | 00 | am | 11 | 30 | am | 3 | 30 | pm | 10 |
| | 5 | 00 | am | 11 | 00 | am | 11 | 30 | am | 3 | 30 | pm | 10 |
| | 5 | 00 | am | 11 | 00 | am | 11 | 30 | am | 3 | 30 | pm | 10 |
| | 5 | 00 | am | 11 | 00 | am | 11 | 30 | am | | | | 10 |
| | 5 | 00 | am | | | | | | | 7:45 | | am | 2.45 |
| | | | | | | | | | | Total weekly Hours | | | 42.45 |

Question #15 & 16 Commission or Bonus breakdown

Please include supporting information and mathematical computation for commission or bonus.
   (Example: customers/sales/accounts X (multiplied by) commission/bonus rate = commission or bonus due on a sale)
Please include supporting information for mileage, such as log sheets or city-to-city trips.

████████████████████████████████

# Wage Claim

## TEXAS WORKFORCE COMMISSION, LABOR LAW SECTION
### 101 EAST 15TH STREET, AUSTIN, TEXAS 78778-0001
Telephone 800-832-9243 or 512-475-2670 or TDD 800-735-2989 (Hearing Impaired); Fax 512-475-3025
www.texasworkforce.org
(PURSUANT TO TITLE 2, CHAPTER 61, TEXAS LABOR CODE)
Este formulario está disponible en español



**PLEASE WRITE CLEARLY IN INK.** Note: Social Security Number is optional, but failing to include it will delay processing of your claim.

I want TWC to send future correspondence in: English ☑ Spanish ☐     Quiero que TWC envíe toda futura correspondencia en: Inglés ☐ Español ☐

| First Name: Sarah | Middle: | Last Name: Gutierrez |
|---|---|---|

| Address: 6555 Maple Ridge | Apt #: 21m | City: Houston | State: Tx | Zip: |
|---|---|---|---|---|

| Date of Birth (MM/DD/YY): 01/04/74 | Social Security # (Optional): 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 | Phone # Where you can be reached during normal business hours. 346-775-0449 | Alternate Phone # Where you can be reached during normal business hours. 713-665-9168 |
|---|---|---|---|

| Business Name (If incorporated): Merit Medical | Owner's First Name (If sole proprietor or partnership): Fred | Owner's Last Name: |
|---|---|---|

| Owner's Business Address: 100 West Merit Parkway | Suite #: | City: South Jordan | State: UTAH | Zip: 84095 |
|---|---|---|---|---|

YOUR Work Location (Street Address, City, State, Zip): Merit Medical       Employer's Work Phone #:

Employer's E-mail or Web Address:

## PLEASE COMPLETE THE FOLLOWING EMPLOYMENT INFORMATION:

1. What work did you perform? __Production assembler__
   Beginning date of employment __August 3, 2016__
   Employment status with this employer: ☑ Still employed ☐ Quit date ___ ☐ Termination date ___
   Reason for separation: ___
2. When were your regularly scheduled paydays? __monday — Thursday__
   What was your rate of pay? (Examples: $3/hour, $1,000/month, $.50/piece, $2/sq. ft.) __11.50 hourly__
   What was the agreed work schedule? ___ ___ Hrs. per day ___ ___ Days per wk. ___ other ___
3. Was your compensation agreement ☑ Oral   ☑ Written (please attach a copy) __
4. Were the claimed wages earned in Texas?   ☑ Yes   ☐ No
   If not, was the job contracted in Texas?   ☐ Yes   ☐ No
5. Were taxes deducted from your paycheck?   ☑ Yes   ☐ No   ☐ Don't Know
6. Is the employer still in business?   ☑ Yes   ☐ No   ☐ Don't Know
   What is the employer's home address and phone number? __

   What is the name and phone number of your supervisor during the period claimed? __

7. Is the employer in bankruptcy? ☐ Yes ☑ No ☐ Don't Know     Are you in bankruptcy? ☐ Yes ☑ No
   If yes, what is the bankruptcy filing date? __
   Chapter: ___ Case No: ___ Where filed: ___
   What is the bankruptcy attorney's name, address, and phone number? ___

8. If you are related to the employer, please state the relationship. __no__
9. Did the employer give a reason for not paying you? If so, explain: __Adam Veres (manager) said__
   __we had to pay for tax on the Gift Cards.__

LL-1 (1117) Inv. No.621750 (Continued on Back)

10. Choose the type(s) of unpaid wages below that best describe your claim and write the amount of unpaid wages, listing the gross amount of wages due. Note: You cannot file for recovery of any type of expenses or reimbursement, since expenses and reimbursements are not wages.

Regular $____   _____ Commissions $____   _____ *Fringe Benefits $__   _____/ Pay Deductions $ 400.00

Overtime $____   _____ Unpaid Bonus $____   _____ Pay Below Minimum Wage $__   _____

TOTAL UNPAID WAGES CLAIMED $ 290.5

* The only fringe benefits that can be claimed are vacation pay, holiday pay, severance, sick leave, parental leave, paid time off, or paid days off. These benefits cannot be claimed unless provided for in a written agreement and/or written policy of the employer.

11. What was the scheduled payday(s) for these claimed wages? Date(s) Date(s) Beg-12/10/17   End-12/23/17      12/23/2017

12. If claiming regular, overtime, and/or minimum wage, what were the dates you worked for which you received no wages?
From __ 12/10/17 to __ 12/23/17

Please explain how you determined the amount claimed and provide a breakdown of the days and hours worked. (Example: 20 hours regular pay at $5 per hour and 5 hours overtime pay at $7.50 per hour; or Example: 30 items at a piece rate of $.75 per item). If available attach a copy of timecards or timesheets. Use the attachment located on the backside of the instructions to provide a breakdown of the days and hours worked. __ 40 paid 11.00 an hour

13. If claiming commissions or bonus, what was the period in which the wages were earned?
From __ 1/2/17 to 14 __ 2nd 1% annual Promotional Bonus

Are you aware of any agreement to pay commissions or bonus after termination? ☐ Yes ☒ No

Please explain how you determined the amount due. If available attach information to support your claim, such as written agreement, sales records, check stubs, etc. Use the attachment located on the backside of the instructions to provide a breakdown of commissions or bonus.
when I recieved the 1 and 2 end pay raise I was instructed on a 2% annual promotional bonus. This was also given upon my hiring date 8/3/1

14. If claiming a covered fringe benefit, please explain which benefit(s) you are claiming and indicate how you determined the amount due. We must obtain a copy of a written policy or agreement providing a payment after separation, please attach a copy. Also attach evidence of the amount owed (hours left) such as check stubs or other documents.
Attached are copies check stubs, written documentation based on retaliation toward employees based and discrim

15. If claiming deductions, did you sign any authorization for deductions other than regular payroll taxes? ☐ Yes ☒ No ☐ Don't Know
If yes, please explain (attach a copy). __

16. Are you aware of any agreement (such as arbitration, collective bargaining agreement, union contract, ERISA, Service Contract Act, etc.) that existed between you and the employer? ☐ Yes ☐ No   If yes, please attach a copy.

17. Additional Comments: I did not agree to paying taxes for Award cards given in addition to the overtime worke

I UNDERSTAND THAT I MAY BE ASSESSED AN ADMINISTRATIVE PENALTY IF THIS CLAIM IS FOUND TO BE BROUGHT IN BAD FAITH.

To be considered valid, your Wage Claim must be completed below and signed as true under penalty of perjury.

My name is Sarah ___ Gutierrez ___, my date of birth is 01/04/74
(First)   (Middle)   (Last)   (month/day/year)
and my address is 6585 MapleRidge, Houston Tx, 77081, and Harris
(Street)   (City)   (State)   (Zip Code)   (Country)

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Harris County, State of Texas, on the 2 day of 23, 2018
(Month)   (Year)

_Sarah Gutierrez_
Declarant Signature

Completed forms, inquiries, or corrections to the individual information contained in this form shall be sent to the TWC Labor Law Section, 101 E. 15th St., Rm. 514, Austin, TX 78778-0001, (512) 475-2670. Individuals may receive and review information that TWC collects about the individual by emailing to open.records@twc.state.tx.us or writing to TWC Open Records, 101 E. 15th St., Rm. 266, Austin, TX 78778-0001.



**MERIT** MEDICAL

JOSHUA C. MOORE
PRODUCTION SUPERVISOR
DIRECT 832.463.5203
Joshua.Moore@merit.com

MERIT MEDICAL SYSTEMS, INC.

14646 Kirby Drive

HOUSTON, TX 77047

PHONE 832.463.5100

www.merit.com

**MERIT** MEDICAL

RENEE ATMAR
HUMAN RESOURCE
SR. ADMINISTRATIVE ASSISTANT II
DIRECT 832.463.5116
ratmar@merit.com

MERIT MEDICAL SYSTEMS, INC.

14646 Kirby Drive

HOUSTON, TEXAS 77047

PHONE 832.463.5100

FAX 832.463.5159

www.merit.com

**MERIT** MEDICAL

LOUISE M. BOTT
VICE PRESIDENT,
GLOBAL HUMAN RESOURCES
DIRECT 801-208-4768
CELL 801-554-8562
lbott@merit.com

MERIT MEDICAL SYSTEMS, INC.

1600 West Merit Parkway

SOUTH JORDAN, UT 84095

PHONE 801.253.1600

FAX 801-253-6963

www.merit.com

UI Support Customer Service
TEXAS WORKFORCE COMMISSION
PO BOX 2211
MC ALLEN TX 78502-2211

3204296100002380101

# DETERMINATION ON PAYMENT OF UNEMPLOYMENT BENEFITS
### Date Mailed:  October 24, 2018

SARAH GUTIERREZ
PO BOX 2846
BELLAIRE TX 77402-2846

Social Security Number: XXX-XX-88
Employer: MERIT MEDICAL SYSTE
As:
Employer Account No:  07-604926-2
All dates are shown in
month-day-year order.

## Decision

**Issue:** Filing - Payment Requests
**Decision:** We cannot pay you benefits for the period below.
**Reason for Decision:** Our investigation found that you could have submitted your payment request(s) within the time allowed but you did not do so.
**Beginning Date of No Payment Period:** 09-16-18
**Ending Date of No Payment Period:**  09-29-18
**Law Reference:** Subsection 207.021(a)(2) of the Texas Unemployment Compensation Act.

### Understanding your Decision

If you receive a decision that says, "we cannot pay you benefits," it means there is a problem with your claim EVEN IF you have received other decisions for the same period that say, "we can pay you benefits." If even one decision for the same period says we cannot pay, you will not receive an unemployment payment for that period.
**To resolve issues on decisions you receive:**
1. Follow instructions on the notice(s); call the Tele-Center at 800-939-6631 if you have questions;
2. If the instructions tell you to "Report," call the Tele-Center at once;
3. If you disagree with a decision, file an appeal. Appeal each decision separately by the appeal deadline. If you fax your appeal, keep a confirmation sheet.
Your employer can appeal TWC's decision to pay benefits.  TWC will notify you of any appeal hearing.  If you do not participate, you may lose your benefits and have to repay benefits you received.

## Determination of Potential Chargeback for the Employer

## If You Disagree with this Decision

If you disagree with this decision, you may appeal. Submit your appeal by mail, fax, online, or in person at any Texas Workforce Solutions office, on or before  11-07-18   .

TWC will use the postmark date, or the date we receive the fax or online form, to determine whether you submitted your appeal on time. If you appeal by fax, you should keep your fax confirmation as proof you sent it.  Please include a copy of this determination notice with your appeals correspondence.

If you receive multiple determination notices, you must appeal each determination separately.

Mail the appeal to:

| | Appeal Tribunal |
| --- | --- |
| You may appeal by submitting TWC's online appeal form. Go to www.texasworkforce.org/uiappeal | Texas Workforce Commission<br>101 E. 15th Street<br>Austin, TX 78778-0002<br>Or fax to (512) 475-1135 |

Case No.:   63
Claim ID.:   07-22-18
Claim Date:   09-15-18
HEARING IMPAIRED CLIENTS
CALL 711 for RELAY TEXAS

**Please See Reverse For How To File An Appeal.**
BD300E 02/28/2018

## How to Request an Appeal

Submit your appeal by mail, fax, in person at any Texas Workforce Solutions office, or online at www.texasworkforce.org/uiappeal. Mail or fax your signed letter to the TWC Appeals Department at the address or fax number on the front of this form. You must submit your appeal within **14 calendar days of the date we mailed you** this letter. The deadline is on the front of this form.

> You MUST request payment every two weeks, unless you return to full-time work. If the appeal is in your favor, we can pay you only for the weeks you requested payment and met all other eligibility requirements.

  —  If you mail your appeal, it must be **postmarked** on or before the deadline.
  —  If you submit your appeal online or by fax, TWC **must receive** it on or before the deadline. Print and keep the confirmation page as proof you sent it.

**Include in your appeal letter:**

  —  Your name, address, Social Security number (SSN).
  —  The date TWC mailed you the decision you want to appeal.
  —  Your request for translators, if needed, and the language you require.
  —  Your request for special services, if needed, such as an interpreter for the hearing-impaired.

**IMPORTANT:** If you miss the appeal deadline, your appeal letter must explain in detail why you submitted it late. If TWC decides not to hear the case because you appealed late, we will mail you a decision that you may appeal.

## Appeal Tribunal Hearing

The first appeal level is a telephone hearing with the Appeal Tribunal (AT). The AT hearing consists of oral statements given under oath. Legal representation is optional - someone can represent you, but TWC does not provide representation. You may call witnesses. Your employer may also appeal and participate in your hearing.

**Keep your mailing address current.** We will mail you the AT decision. It is important that you participate in the AT hearing because the hearing officer makes the decision solely on the testimony given at the hearing. If you cannot participate at the scheduled time, call the hearing officer at the number listed on the hearing notice.

To prepare for your hearing, see **How to Appeal a Decision** at www.texasworkforce.org/uiappeal.

**Date and Time.** We will mail you and the employer a hearing notice packet with the date and time of your hearing. It will include instructions on submitting additional documents you want to present at the hearing. You must mail or fax copies of the additional documents to the employer and TWC immediately after receiving the hearing packet.

## Additional Appeals

If you disagree with the AT decision, you may submit a **Commission Appeal (CA)**. The Commission will rule on your case after reviewing the AT decision and listening to the recorded hearing. If you disagree with the CA decision, you may request a **Motion for Rehearing (MR) within 14 calendar** days of the mailing date of the CA decision. TWC will grant the MR if you can show all of these:

  —  important new information about your case;
  —  why the information could change the decision; and
  —  a compelling reason why you did not present the information earlier.

You may also appeal the CA decision to a **civil court** between 15 and 28 days after the date we mailed you the CA decision. You must complete an AT hearing and CA appeal before appealing to a civil court.

## For More Information

Go to ui.texasworkforce.org and select **Appeal Status** to view your appeal status, actions taken, appeal history, and more. Read more about **How to appeal a decision** at www.texasworkforce.org/unemploymentbenefits. Access the Internet for free at public libraries and Texas Workforce Solutions offices.

BD300F 03/02/2018

Monies was taken from my pay check beginning12/18/ 2017 400.00. I was never given a 2cnd appeal based on the procedure of the hearing officer. I was not given a raise since the new white male management was hired. I was terminated without unemployment benefits which was 8,000.00. I was not given an appeal the 2cnd time through the Texas work force commission. Based on the discrimination and retaliation which was stressful situation based on the treatment of staff employment. Due to me being at an age of 45 young female Latin American with an educational background I was treated as if I was a lower class employer. I should be entitled to 80,0000.00 for being in tortious acts by employment staff management. Emotional distress, embarrassment, and humiliation from staff management.

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _____

Signature of Plaintiff    _____

Printed Name of Plaintiff    _____

### B.    For Attorneys

Date of signing: _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Street Address    _____

State and Zip Code    _____

Telephone Number    _____

E-mail Address    _____

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    8/23/2019

Signature of Plaintiff

Printed Name of Plaintiff    Sarah Gutierrez

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

Page 6 of 6